# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

DAVID DIAZ, an individual, on behalf of himself and all members of the putative class,

    Plaintiff,

v.

SUN-MAID GROWERS OF CALIFORNIA, a California Corporation; and DOES 1 through 100, inclusive,

    Defendants.

Case No. 1:19-cv-00149-LJO-SKO

**CLASS ACTION**

**ORDER FOR REMAND**

On May 6, 2019, Plaintiff David Diaz ("Plaintiff") filed a Motion for Leave to Amend. ECF No. 15. For the reasons stated in the Court's Memorandum Decision and Order Granting Plaintiff's Motion to Amend, ECF No. 29, which is hereinafter incorporated by reference,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to Amend, ECF No. 15, is **GRANTED**;

2. The First Amended Complaint, ECF No. 30, is deemed the operative complaint;

3. The Court hereby **REMANDS** this entire action back to Fresno County Superior Court.

IT IS SO ORDERED.

    Dated: __**August 5, 2019**__        _____/s/ Lawrence J. O'Neill_____
                                                                   UNITED STATES CHIEF DISTRICT JUDGE